Case 2:19-cv-13641-MVL-MBN   Document 1-2   Filed 11/14/19   Page 1 of 2

1-800-259-5300



Home     Online Services     News/Media     FAQs     Contact us

Consumers >          Industry >                                    Industry Access

# Details for Starr Indemnity & Liability Company

**Name:**

Starr Indemnity & Liability Company

**NAIC#:**

38318

**Domicile:**

TX

**Phone:**

(646) 227-6523

**Toll Free#:**

N/A

Addresses

Type: Administrative

399 Park Avenue, 3rd Floor

New York, NY 10022

Type: Books and Records

399 Park Avenue, 3rd Floor

New York, NY 10022

Type: Domicile

8401 N. Central Expressway, #515

Dallas, TX 75225

Type: Mailing

399 Park Avenue, 3rd Floor

New York, NY 10022



EXHIBIT B

Case 2:19-cv-13641-MVL-MBN   Document 1-2   Filed 11/14/19   Page 2 of 2

Appointed Producers

Complaint Data

Licensing Information

Lines of Insurance

Regulatory Actions

Service of Process

Agent: Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

Summary Financial Information

Return to Search Results

Return to Search

### About LDI
Calendar
Public Hearings
Videos
What We Do
Jim's Message
Office Directory

### Connect With Us
FAQs
1-800-259-5300

### Quick Links
Search Bulletins, Directives & Regs
Search for Company or Agent
Search Rate Filings
Producer License Renewal
Report Insurance Fraud
Top 20 Lists by Market Share

What's New

Solicitation for Offers

2017 Admitted Premium Tax Forms

Recently Issued Bulletins

Company Contacts Information Requirements



**LDI Employees**
1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2015
Louisiana Department of Insurance